1  Rick Morin (SBN 285275)
   Law Office of Rick Morin
2  331 J Street Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 258-5435
4  Email: rick@rickmorin.net

5  Attorney for Defendant GARY LEE

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  MADONNA YAGUIL,                          **Case No. 2:14-CV-00110-JAM-DAD**

11                        Plaintiff,         **STIPULATION AND ORDER FOR**
                                             **EXTENSION OF TIME TO FILE**
             vs.                             **RESPONSIVE PLEADING**
12

13  GARY LEE, et al.,                        **(First Request)**

14                        Defendants.

15

16        IT IS HEREBY STIPULATED AND AGREED by and between Jason Singleton, counsel

17  for Plaintiff, and Rick Morin, counsel for Defendant, that Defendant shall have to and including

18  February 19, 2014 to file Defendant's responsive pleading to Plaintiff's Complaint.

19        Dated:        February 5, 2014

20   /s/ Rick Morin                        /s/ Jason Singleton
     Rick Morin                            Jason Singleton
21   Attorney for Defendant                Attorney for Plaintiff

22

23  **IT IS SO ORDERED**
    DATED:  2/5/2014
24
                                     /s/ John A. Mendez
25                                   JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE
26

27

28

                                            1

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING